**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00516-CV

---

## LUIS MARTINEZ, Appellant

## V.

## ULRICA CUTAIA MARTINEZ, Appellee

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2013-45183**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 27, 2015. On June 24, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby